UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>   v.<br><br>ASA SAINT CLAIR,<br><br>                  Defendant. | CASE NO. 2:25-cr-00135-LK<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

      This matter comes before the Court on Defendant Asa Saint Clair's Motion for Reconsideration of the Court's denial of his petition for early termination of supervised release. Dkt. No. 18. He asks the Court to reconsider the denial because he claims the Court's order relied on "several material factual misunderstandings and legally impermissible considerations[.]" *Id.* at 2.

      Local Criminal Rule 12 provides that "[m]otions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its

ORDER DENYING MOTION FOR RECONSIDERATION - 1

attention earlier with reasonable diligence." CrR 12(b)(13)(A). No response from the Government shall be filed unless requested by the Court, CrR 12(b)(13)(C), and one was not requested here.

Mr. Saint Clair fails to show any basis for reconsideration: he has not demonstrated that any "manifest error" occurred, nor that any "new facts or legal authority" warrant reconsideration. CrR 12(b)(13)(A).

Accordingly, the Court DENIES his motion for reconsideration. Dkt. No. 18.

Dated this 14th day of January, 2026.

Lauren King
United States District Judge

ORDER DENYING MOTION FOR RECONSIDERATION - 2